---

D'SHAWN MAURICE PETERSON,

     Plaintiff,

 v.            Case No. 26-cv-126-pp

SHAWANO COUNTY JAIL, *et al.*,

     Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 12) AND DISMISSING CASE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY INITIAL PARTIAL FILING FEE AND COMPLY WITH THE COURT'S ORDER

---

Plaintiff D'Shawn Maurice Peterson filed this lawsuit, alleging violations of his constitutional rights. Dkt. No. 1. On June 1, 2026, Magistrate Judge Willam E. Duffin issued a report recommending that this Article III court dismiss the case without prejudice because the plaintiff had not paid the initial partial filing fee by the due date set by the court. Dkt. No. 12 at 2. Judge Duffin informed the plaintiff that if he objected to the recommendation, he must do so within fourteen days—in other words, by June 15, 2026. The court mailed Judge Duffin's report and recommendation to the plaintiff at the Shawano County Jail, where he was incarcerated when he filed his complaint. Dkt. No. 1. On June 8, 2026, the report and recommendation were returned to the court as undeliverable. Dkt. No. 13. The court's staff checked with the Shawano County Jail and learned that the plaintiff was released from custody on June 2, 2026. The plaintiff did not notify the court of this fact or provide an

1

updated address. The court has not received from the plaintiff an objection to the order and his deadline to object passed on June 15, 2026. The court will adopt Judge Duffin's recommendation and dismiss this case because the plaintiff has not paid the initial partial filing fee and has not complied with the court's order.

## I.    Legal Standard

The district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." U.S.C. §636(b)(1); Federal Rule of Civil Procedure 72(b)(3). When a party does not object to the recommendation, the district judge may reconsider the magistrate judge's ruling "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. §636(b)(1)(A).

## II.    Discussion

The plaintiff was confined at the Shawano County Jail when he filed the complaint. Dkt. No. 1 at 1. The plaintiff also filed a motion for leave to proceed without prepaying the filing fee. Dkt. No. 2. On January 26, 2026, the clerk's office sent the plaintiff a letter requiring him to file his trust account statement and advising him that failure to notify the court if his mailing address changed could result in dismissal of the case without further notice. Dkt. No. 3. The plaintiff subsequently filed his trust account statement, dkt. no. 6, and on February 20, 2026, the court ordered him to pay an initial partial filing fee of $44.03 by March 22, 2026, dkt. no. 7. On March 13, 2026, the court received from the plaintiff a motion for an extension of time to pay the initial partial

2

filing fee, dkt. no. 8, which the court granted on March 17, 2026, giving him until April 20, 2026 to pay the initial partial filing fee, dkt. no. 9. On April 9, 2026, the court received from the plaintiff a second motion for an extension of time to pay the initial partial filing fee, dkt. no. 10, which the court granted on April 10, 2026, giving the plaintiff until May 11, 2026 to pay the fee, dkt. no. 11.

It appears that the plaintiff did not receive Judge Duffin's order, but the court has no other address for the plaintiff and has no way to ensure that Judge Duffin's order or this order will get to him. The court has reviewed Judge Duffin's order and finds that no part of the order is erroneous or contrary to law. The court will adopt Judge Duffin's recommendation and dismiss this case.

### III.    Conclusion

The court **ADOPTS** Magistrate Judge Duffin's Report and Recommendation. Dkt. No. 12.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for the plaintiff's failure to pay the initial partial filing fee and his failure to comply with the court's order. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 29th day of June, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

3